# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:

PLINIO MORAIS,

        Plaintiff,

v.

RHINO HOLDINGS ONE INC
D/B/A BILOTTI'S PIZZA,
ROTELLI PIZZA & PASTA, INC.,
JOSEPH BILOTTI,

        Defendants.

_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, PLINIO MORAIS, brings this action against Defendants, RHINO HOLDINGS ONE INC D/B/A BILOTTI'S PIZZA, ROTELLI PIZZA & PASTA, INC., and JOSEPH BILOTTI, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1.    Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.    At all times material hereto, Plaintiff PLINIO MORAIS was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3.    At all times material hereto, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA including via telephone and text messages.

4.    At all times material hereto, Defendant, RHINO HOLDINGS ONE INC D/B/A BILOTTI'S PIZZA, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of restaurant operations, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with

its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5.    At all times material hereto, Defendant, ROTELLI PIZZA & PASTA, INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of restaurant operations, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

6.    Defendant, JOSEPH BILOTTI, is a resident of Palm Beach County, Florida and was, and now is, the managing agent, director and/or owner of Defendants, RHINO HOLDINGS ONE INC D/B/A BILOTTI'S PIZZA and ROTELLI PIZZA & PASTA, INC.; said Defendant acted and acts directly in the interests of Defendants, RHINO HOLDINGS ONE INC D/B/A BILOTTI'S PIZZA and ROTELLI PIZZA & PASTA, INC., in relation to said co-Defendant's employees. Defendant effectively dominates RHINO HOLDINGS ONE INC D/B/A BILOTTI'S PIZZA and ROTELLI PIZZA & PASTA, INC. administratively, acts, and has the power to act, on behalf of the corporation relative to its employees, and had the authority to direct and control the work of others including Plaintiff. Thus, JOSEPH BILOTTI was and is an "employer" of Plaintiff within the meaning of 29 U.S.C. §203(d).

7.    Defendant JOSEPH BILOTTI controlled Plaintiff's work schedule.

8.    Defendant JOSEPH BILOTTI controlled Plaintiff's duties.

9.    Defendant JOSEPH BILOTTI controlled Plaintiff's pay.

10.    Defendant JOSEPH BILOTTI fired Plaintiff.

11.    During Plaintiff's employment, Defendant RHINO HOLDINGS ONE INC D/B/A BILOTTI'S PIZZA operated the following restaurant locations that jointly employed Plaintiff,

constitute a single enterprise under the FLSA, performed related activities through unified operation and common control for a common business purpose, engaged along with their employees in interstate commerce, and have an annual gross sales and/or business volume of $500,000 or more: (1) 11509 W Palmeto Park Rd, Boca Raton, FL 33428, and (2) 11858 Forest Hill Blvd, Wellington, FL 33414.

12.     During Plaintiff's employment, Defendant ROTELLI PIZZA & PASTA, INC. operated the following restaurant locations that jointly employed Plaintiff, constitute a single enterprise under the FLSA, performed related activities through unified operation and common control for a common business purpose, engaged along with their employees in interstate commerce, and have an annual gross sales and/or business volume of $500,000 or more: (1) 4660 W. Hillsboro Blvd #5, Coconut Creek, FL 33073, (2) 830 N Congress Ave, Boynton Beach, FL 33436, (3) 701 Lake Ave, Lake Worth, FL 33460, (4) 2901 Clint Moore Road, Boca Raton, FL 33431, and (5) 20455 N State Rd 7, Boca Raton, FL 33498.

13.     Defendants, RHINO HOLDINGS ONE INC D/B/A BILOTTI'S PIZZA and ROTELLI PIZZA & PASTA, INC. are a single enterprise under the FLSA, performed related activities through unified operation and common control for a common business purpose, engaged along with their employees in interstate commerce, and have an annual gross sales and/or business volume of $500,000 or more.

14.     Defendants, RHINO HOLDINGS ONE INC D/B/A BILOTTI'S PIZZA and ROTELLI PIZZA & PASTA, INC., were joint employers of Plaintiff under the FLSA, shared Plaintiff's services, had Plaintiff acting in the interest of each business, and shared common control of Plaintiff.

15. Defendants use ingredients in their products, such as cheese and tomato sauce, that were manufactured outside Florida.

16. Plaintiff was employed by Defendants as a pizza maker and cook.

17. Defendants failed to pay Plaintiff the full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate.

18. During periods of Plaintiff's employment, Defendants failed to pay Plaintiff the full and proper minimum wages.

19. During periods of Plaintiff's employment, Defendants failed to pay Plaintiff any compensation.

20. Attached as <u>Exhibit A</u> is Plaintiff's Statement of Claim, which provides preliminary estimates of the date ranges, average weekly hours worked, weekly pay, and damages pursuant to Count I. These amounts may change as Plaintiff engages in the discovery process.

21. Defendants have knowingly and willfully refused to pay Plaintiff his legally-entitled wages.

22. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

23. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

24. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-23 above as if set forth herein in full.

25. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

26. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

## COUNT II
## VIOLATION OF ANTI-RETALIATION PROVISION OF FLSA
## ALL DEFENDANTS

27. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-23 above as if set forth herein in full.

28. During the last several weeks of Plaintiff's employment, Plaintiff complained to Defendant Joseph Bilotti about not receiving any compensation.

29. In response, Defendants retaliated against Plaintiff by terminating his employment.

30. Defendants' termination of Plaintiff's employment was retaliation in violation of 29 U.S.C. section 215(a)(3).

31. As a direct and proximate result of Defendant's retaliation, Plaintiff has suffered losses and will suffer losses including, but not limited to, loss of wages, benefits, other remuneration and emotional distress.

WHEREFORE, Plaintiff demands judgment against Defendants including but not limited to back and front pay, lost benefits and other remuneration and an additional equal amount as liquidated damages (see 29 U.S.C. § 216(b)), appropriate equitable relief (e.g., employment, reinstatement, promotion), damages for emotional distress, award of cost, fees and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791